# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MOORE,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>SUSAN TSUI GRUNDMANN, et al.,<br><br>　　　　　　　Defendant. | CASE NO 11cv1570-GPC-WMC<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>[Dkt. No 90.] |

On June 3, 2014, Plaintiff Dennis Moore filed a Third Amended Complaint in the above-captioned matter. (Dkt. No. 86.) On June 17, 2014, Defendants filed an ex parte motion for extension of time to answer or otherwise respond to the Third Amended Complaint. (Dkt. No. 90.) Having reviewed the motion, and finding good cause therefor, the Court hereby **GRANTS** the motion. Defendants shall have until August 1, 2014 to answer or otherwise respond to Plaintiff's Third Amended Complaint.

**IT IS SO ORDERED.**

DATED: June 19, 2014

　　　　　　　　　　　　　　　　　　　*Gonzalo Curiel*
　　　　　　　　　　　　　　　　　　　HON. GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　　　United States District Judge