LAURA E. DUFFY
United States Attorney
DIANNE M. SCHWEINER
Assistant U.S. Attorney
Cal. State Bar No. 188013
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7654
Facsimile: (619) 546-7751
Email: dianne.schweiner@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MOORE,<br><br>            Plaintiff,<br><br>      vs.<br><br>SUSAN TSUI GRUNDMANN, Chairman, U.S. Merit Systems Protection Board; ANNE M. WAGNER, Vice-Chairman, U.S. Merit Systems Protection Board; WILLIAM D. SPENCER, Clerk, U.S. Merit Systems Protection Board; BERNARD PARKER, Information Management Specialist, U.S. Merit Systems Protection Board,<br><br>            Defendants. | Case No.: 11cv1570-GPC (MDD)<br><br>NOTICE REGARDING DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT<br><br><br>CTRM:   2D (Schwartz)<br>JUDGE:  Hon. Gonzalo P. Curiel |

   Defendants hereby submit that in light of Plaintiff's appeal to the Ninth Circuit of the Court's Order granting Defendants' Extension of Time to Answer Plaintiff's Third Amended Complaint, Defendants will wait for the resolution of that appeal before filing

1

their motion to dismiss.  Defendants reserve their right to file a motion to dismiss once Plaintiff's appeal is resolved.

DATED:     August 1, 2014                           Respectfully submitted,

                                                     LAURA E. DUFFY
                                                   United States Attorney

                                                 *s/ Dianne M. Schweiner*
                                                 DIANNE M. SCHWEINER
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants